UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

ANISE MATZKE, on behalf of herself and all others similarly situated,

        Plaintiff,

v.

HOWARD CHIROPRACTIC CLINIC, S.C.,

        Defendant.

Case No. 19-CV-295

**ORDER FOR APPROVAL OF SETTLEMENT
AND STIPULATION FOR DISMISSAL WITH PREJUDICE**

On reading and filing the foregoing Joint Motion of the parties;

IT IS HEREBY ORDERED that the Settlement Agreement is approved and the case is dismissed with prejudice and without costs to any party.

Dated this ___ day of July, 2019.

                                        William C. Griesbach, Chief Judge
                                        United States District Judge